AARON D. FORD
  Attorney General
STEPHEN J. AVILLO, Bar No. 11046
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1159
E-mail: savillo@ag.nv.gov

*Attorneys for Defendants Romeo Aranas,
Isidro Baca, Gene Beitler, and
Ronald Schreckengost and Jeffrey Howell*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LESTER CANADA, | Case No. 3:16-cv-00601-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| ISIDRO BACA, et al., | |
| Defendants | |

It is stipulated and agreed by and between Lester Canada, Plaintiff *Pro Se*, and Gene Beitler and Jeffrey Howell, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Stephen J. Avillo, Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorneys' fees and costs, pursuant to the settlement terms agreed upon during the Judicial Settlement Conference that took place on August 12, 2020.

///

///

///

///

///

///

///

1

| | |
|---|---|
| DATED 8-28-20, 2020. | DATED September 2, 2020. |
| | Aaron D. Ford |
| | Nevada Attorney General |
| X *Lester Canada* | By: *[signature]* |
| Lester Canada | Stephen J. Avillo (Bar No. 11046) |
| *Plaintiff Pro Se* | Deputy Attorney General |
| | Office of the Nevada Attorney General |
| | 100 N. Carson Street |
| | Carson City, Nevada 89701 |
| | *Attorneys for Defendant* |

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED September 8, 2020.

*[signature]*

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 4th day of September, 2020, I caused to be served electronically via the CM/ECF, the foregoing, **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**, to the following:

Lester Canada, #12741
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

/s/ Caitie Collins
An employee of the
Office of the Attorney General

2